## COUNTY OF SUFFOLK



**STEVE LEVY**
SUFFOLK COUNTY EXECUTIVE

*Via ECF*

CHRISTINE MALAFI
COUNTY ATTORNEY

DEPARTMENT OF LAW

ADDRESS ALL COMMUNICATIONS
IN THIS MATTER TO:

July 19, 2005

Hon. Leonard D. Wexler, U.S.D.J.
United States District Court
Long Island Courthouse
944 Federal Plaza
Central Islip, New York 11722

Re: **Samuelson v. County of Suffolk, et al.**
**CV03-2432 (LDW)(MLO)**

Dear Judge Wexler:

Enclosed for Your Honor's signature, please find a Stipulation of Discontinuance signed by all parties with reference to the above captioned matter which we respectfully request be "so ordered".

Respectfully submitted,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY

_____
ARLENE S. ZWILLING/AZ-5918
Assistant County Attorney

ASZ/mar
Att.
cc: Kelly & Grossman, Esqs.
    McCabe, Collins, McGeough & Fowler, LLp

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ◆

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ◆

(631) 853-4049
TELECOPIER (631) 853-5169

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK         AZ-5918
======================================x
PATRICIA SAMUELSON,

                        Plaintiff,       **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

-against-

THE COUNTY OF SUFFOLK, THE SUFFOLK      **CV 03-2432 (LDW)(MLO)**
COUNTY POLICE DEPARTMENT, Suffolk County
COUNTY POLICE OFFICERS JOHN WEEKS
And RANDY COGIETTA,

                        Defendants.
======================================x

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

      **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
       July 5, 2005

By:_____
Christine Malafi
Suffolk County Attorney
Attorney for County of Suffolk
and P.O Cognetta
100 Veterans Memorial Highway
Hauppauge, NY 11788
By: Arlene S. Zwilling   AZ/5918
     Assistant County Attorney

Dated: Hauppauge, New York
       July __, 2005

By:_____
Kelly & Grossman
888 Veterans Memorial Highway
Suite 210
Hauppauge, NY 11788
By: Dennis Kelly, Esq.

Dated: Mineola, New York
       July __, 2005

By:_____
McCabe, Collins, McGeough & Fowler, LLP
Attorneys for Defendant P.O. John Weeks
114 Old Country Road
Mineola, New York 11501
By: Steven Morganlender, Esq.

**SO ORDERED:**
Dated: Central Islip, New York

       _____, 2005

       _____
       **U.S.D.J.**