FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 22 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK         AZ-5918
========================================x
PATRICIA SAMUELSON,

                       Plaintiff,       STIPULATION AND
                                   ORDER OF VOLUNTARY
                                   DISMISSAL
-against-

                                   CV 03-2432 (LDW)(MLO)
THE COUNTY OF SUFFOLK, THE SUFFOLK
COUNTY POLICE DEPARTMENT, Suffolk County
COUNTY POLICE OFFICERS JOHN WEEKS
And RANDY COGIETTA,

                       Defendants.
========================================x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
        July 5, 2005
By: _____
Christine Malafi
Suffolk County Attorney
Attorney for County of Suffolk
and P.O Cognetta
100 Veterans Memorial Highway
Hauppauge, NY 11788
By: Arlene S. Zwilling  AZ/5918
     Assistant County Attorney

Dated: Hauppauge, New York
        July   , 2005
By: _____
Kelly & Sussman
888 Veterans Memorial Highway
Suite 210
Hauppauge, NY 11788
By: Dennis Kelly, Esq.

Dated: Mineola, New York
        July   , 2005
By: _____Steven Morganlender_____
McCabe, Collins, McGeough & Fowler, LLP
Attorneys for Defendant P.O. John Weeks
114 Old Country Road
Mineola, New York 11501
By: Steven Morganlender, Esq.

**SO ORDERED:**
Dated: Central Islip, New York
        7/22/2005

_____
U.S.D.J.

Central Islip, NY